UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| RODERICK D. McGEE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 1:16-CV-353-TAV-CHS |
| CHA POLICE OFFICER CIDER,<br>DETECTIVE EARLY,<br>CHA POLICE DEPARTMENT, and<br>CRIMINAL INVESTIGATIONS DIV, | ) | |
| Defendants. | ) | |

# ORDER

This case is before the Court on the Report and Recommendation entered by United States Magistrate Christopher H. Steger, on December 1, 2016 (the "R&R") [Doc. 3]. In the R&R, Magistrate Judge Steger recommends that plaintiff's complaint be dismissed under 28 U.S.C. § 1915(e)(2) for failing to state a legal claim upon which relief can be granted, because the claim is barred by the statute of limitations. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Steger's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 3]. The Court hereby

**ORDERS** that plaintiff's complaint be **DISMISSED** in its entirety and the Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT